766 A.2d 334

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee,**

v.

**WILKINSBURG PENN JOINT WATER AUTHORITY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 2000.

Decided Feb. 20, 2001.

Michael J. McShea, Pittsburgh, Ray F. Middleman, Wexford, for Wilkinsburg Penn Authority.

Steven I. Roth, Harrisburg, for Department of Transportation.

Before: FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.